IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| TRAVIS L. McCULLOUGH, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) 3:10-0649 LEAD CASE |
| CHARLIE ALEXANDER, GREYHOUND | ) JUDGE HAYNES |
| LINES, INC., BEKIR OSMICEVIC and | ) MAGISTRATE BRYANT |
| MCR TRANS, INC. | ) JURY DEMAND |
| | ) |
| and | ) |
| | ) 3:11-0358 |
| BARBARA J. COOPER, et al | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) |
| | ) |
| CHARLIE ALEXANDER, et al | ) |
| | ) |
| Defendants/Cross-Plaintiffs | ) |
| and | ) |
| | ) |
| TERRI DEWALD, et al | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) |
| | ) 3:11-0438 |
| MCR TRANSPORT, et al | ) |
| | ) |
| Defendants. | ) |

**JOINT MOTION TO CONTINUE TRIAL**

The parties, by and through counsel, jointly move this Court for an Order continuing the trial of this matter, which is currently set for November 4, 2014. In support of this Motion, the parties state as follows:

*[Handwritten order:]* ORDER, This motion is GRANTED and each of these actions is ADMINISTRATIVELY CLOSED but may be reopened upon completion of mediation or when the parties are prepared for trial. Any party of the remaining parties may move to reopen. This Order shall be filed in each of the three actions.

*[Signature]* 9-4-14

Case 3:10-cv-00649 Document 142 Filed 09/03/14 Page 1 of 5 PageID #: 1372